AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

**FILED**
APR 2 6 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| United States of America<br>v.<br>ISRAEL GARCIA-ZERMENO<br><br>*Defendant(s)* | Case No. 4:24-MJ-302<br><br>**SEALED** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __APRIL 22, 2024__ in the county of __COLLIN__ in the __Eastern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846 | Conspiracy to distribute and the distribution of methamphetamine |

This criminal complaint is based on these facts:
See the attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

SEAN REILLY/ DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 04/26/2024

_____
*Judge's signature*

City and state: Sherman, Texas

Hon. Aileen Goldman Durrett, U.S. Magistrate Judge
*Printed name and title*